UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ESTATE OF MEGAN MARIE DUNCANSON,

Plaintiff,

v.

CITY OF DAVIS, et al,

Defendants.

No. 2:26-cv-2274 AC

ORDER TO SHOW CAUSE

This action was commenced, and summons issued, on June 26, 2026. ECF Nos. 1, 4. The deadline to serve defendants was therefore September 24, 2026. See Fed. R. Civ. P. 4(m). That deadline has now passed, and the summons have not been returned executed. Good cause appearing, IT IS HEREBY ORDERED that Plaintiff shall show cause, within 14 days, why the failure to serve defendants with this action does not merit dismissal of the case. Filing proof of service during this period will discharge this OSC. Failure to respond or serve defendants will result in the undersigned recommending that this action be dismissed for failure to prosecute.

DATED: October 27, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE